DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
TERESA TAN, State Bar #58440
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4272
Facsimile:     (415) 554-3837
Email:         teresa.tan@sfgov.org

Attorneys for Defendant CITY AND
COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JULIANNA AGARDI, | Case No. 12-cv-3475 RS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | Trial Date:     Not Set |

The Court having considered the submissions, and good cause having been shown,

IT IS HEREBY ORDERED that Defendant's Administrative Motion For Order Granting Defendant an extension of time in which to respond to plaintiff's complaint is granted.

Defendant shall file a response to plaintiff's complaint on or before October 19, 2012.  The Case Management conference shall be continued until [January 15, 2013].   November 1, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED: _8/20/12_____

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE