1
2
3          IN THE UNITED STATES DISTRICT COURT
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5          SAN FRANCISCO DIVISION
6

**United States District Court**
For the Northern District of California

7   JULIANNA AGARDI,                          No. CV 12-03475 RS

8              Plaintiff,

9      v.                                      **ORDER EXTENDING TIME OF
                                               HEARING OF MOTION FOR
10  CITY AND COUNTY OF SAN                     JUDGMENT ON THE PLEADINGS**
    FRANCISCO,
11
12              Defendant.
    _____/
13

14          Defendant brings this motion to delay briefing on plaintiff's motion for judgment on the

15  pleadings until after a decision is rendered on defendant's motion to dismiss, noticed for hearing on

16  November 29, 2012.  Good cause appearing, plaintiff's motion for judgment on the pleadings will

17  be heard on November 29, 2012, along with defendant's motion to dismiss.  Defendant is to file any

18  opposition to plaintiff's motion on or before October 25, 2012.  Plaintiff shall reply to defendant's

19  opposition by November 1.

20

21          IT IS SO ORDERED.

22

23  Dated:  10/16/12

24                                        _____
                                          RICHARD SEEBORG
25                                        UNITED STATES DISTRICT JUDGE

26

27

28