IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JULIANNA AGARDI,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant.
_____/

No. CV 12-03475 RS

**ORDER EXTENDING TIME OF HEARING OF MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant brings this motion to delay briefing on plaintiff's motion for judgment on the pleadings until after a decision is rendered on defendant's motion to dismiss, noticed for hearing on November 29, 2012. Good cause appearing, plaintiff's motion for judgment on the pleadings will be heard on November 29, 2012, along with defendant's motion to dismiss. Defendant is to file any opposition to plaintiff's motion on or before October 25, 2012. Plaintiff shall reply to defendant's opposition by November 1.

IT IS SO ORDERED.

Dated: 10/16/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-03475 RS